UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **MAGGIE SUE JAMES,** ) | **CHAPTER 13** |
| *aka* **MAGGIE S JAMES** ) | |
| *aka* **MAGGIE L JAMES** ) | **CASE NO. 17-65047-wlh** |
| *aka* **MAGGIE DEL L JAMES** ) | |
| ) | **JUDGE: WENDY L. HAGENAU** |
| **DEBTOR.** ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ) | |
| ) | |
| **ALTISOURCE RESIDENTIAL, LP,** ) | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| ) | **CONTESTED MATTER** |
| **MOVANT,** ) | |
| V. ) | |
| ) | |
| **MAGGIE SUE JAMES,** ) | |
| *aka* **MAGGIE S JAMES** ) | |
| *aka* **MAGGIE L JAMES** ) | |
| *aka* **MAGGIE DEL L JAMES** ) | |
| **NANCY J. WHALEY, TRUSTEE,** ) | |
| ) | |
| **RESPONDENTS.** ) | |

**OBJECTION TO CONFIRMATION OF PLAN**

Comes Now Altisource Residential, LP a secured creditor of the above-named Debtor, and a party in these proceedings (hereinafter "Movant"), by and through its undersigned attorneys, and files its Objection to Confirmation of Chapter 13 Plan proposed herein by the Debtor, MAGGIE SUE JAMES. Movant shows the Court as follows:

1.

It is the Landlord of a Residential Lease Agreement (hereinafter "Lease Agreement") covering the real property located at 3600 River Hills Court, Ellenwood, GA 30294.

1

2.

Pursuant to 11 U.S.C. §1324, Movant objects to said Chapter 13 plan because it fails to provide treatment for Movant's Lease Agreement. Moreover, the proposed Chapter 13 plan fails to describe the monthly rental payments owed to Movant by Debtor.

3.

Movant avers that it will not be adequately protected if the Debtor's plan is confirmed over this objection.

4.

As such, Debtor's proposed plan fails to comply with the provisions of 11 U.S.C. § 1325(a) and has not been proposed in good faith as required by 11 U.S.C. § 1325(a)(3).

DATED: November 6, 2017

        WEISSMAN PC

        */S/ Matthew F. Totten*
        Matthew F. Totten
        Georgia Bar No. 798589
        Weissman PC
        One Alliance Center, 4th Floor
        3500 Lenox Road
        Atlanta , Georgia 30326
        Tel.: 404-926-4500 / Fax: 404-926-4600
        matthewt@weissman.law
        *ATTORNEYS FOR MOVANT*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Objection to Confirmation of Plan upon the opposing party in this matter by depositing a copy of same in the United States mail with adequate postage thereon, addressed as follows:

MAGGIE SUE JAMES
3600 RIVER HILLS COURT
ELLENWOOD, GA 30294

SHEILA M. GOVAN, Esq.
SHEILA M. GOVAN
SUITE 101
4555 FLAT SHOALS PARKWAY
DECATUR, GA 30034

NANCY J. WHALEY
STANDING CHAPTER 13 TRUSTEE
SUITE 120
303 PEACHTREE CENTER AVENUE
ATLANTA, GA 30303

Dated: November 6, 2017

*/S/ Matthew F. Totten*
Matthew F. Totten
Georgia Bar No. 798589
Weissman PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta , Georgia 30326
Tel.: 404-926-4500 / Fax: 404-926-4600
matthewt@weissman.law
***ATTORNEYS FOR MOVANT***